Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 100
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Maria Chavez

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA CHAVEZ,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX, INC.; et. al.,<br><br>Defendants. | Federal Case No.: 3:16-CV-06358-WHO<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Maria Chavez and defendant

Equifax, Inc. ("Equifax"), that Equifax be dismissed from this action with prejudice pursuant to

Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own

attorneys' fees and costs.

//

//

//

//

STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.;  ORDER

DATED: August 24, 2017                          Sagaria Law, P.C.

                                                By:  _____/s/ Elliot W. Gale_____
                                                          Elliot W. Gale
                                                Attorneys for Plaintiff
                                                Maria Chavez


DATED: August 24, 2017                          Nokes & Quinn



                                                By:  _____/s/ Thomas P. Quinn, Jr._____
                                                          Thomas P. Quinn, Jr.
                                                Attorneys for Defendant
                                                Equifax, Inc.


I, Elliot Gale, am the ECF user whose identification and password are being used to file this

Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

*/s/ Elliot Gale*


## ORDER

        Pursuant to the stipulation of the Parties, Equifax is dismissed with prejudice, and that each

party shall bear its own attorneys' fees and costs.

        IT IS SO ORDERED.


DATED: August 25, 2017          _____
                                WILLIAM H. ORRICK
                                UNITED STATES DISTRICT JUDGE

2
STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; ORDER